**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00503-JLK-BNB

EDIE ROCHA,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' Stipulation for Dismissal with Prejudice, the Court hereby ORDERS that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: October 10, 2007.

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          Hon. John L. Kane
                                          United States District Court Judge